# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY RUSCH MCCARTER, | ) | NO. CV 08-0257 VAP (FMO) |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, et al., | ) | |
| Defendants. | ) | |

On March 13, 2008, plaintiff sought leave to file a Complaint pursuant to 42 U.S.C. § 1983 without prepayment of fees.  On March 20, 2008, the court ordered plaintiff to pay an initial partial filing fee of $9.00 in accordance with 28 U.S.C. § 1915 by April 19, 2008.  (See Court's Order of March 20, 2008).  It appears from the record that plaintiff has failed to pay the initial partial filing fee as ordered.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **May 20, 2008**, plaintiff shall pay the initial partial filing fee of $9.00 or the action will be dismissed.

Dated this 8th day of May, 2008.

_____
/s/
Fernando M. Olguin
United States Magistrate Judge