# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RUSCH MCCARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, <u>et al.</u>,<br><br>    Defendants. | NO. CV 08-00257 VAP (FMO)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has conducted a <u>de novo</u> review of the First Amended Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

   1.   Defendants Cassim and Brown's Motion to Dismiss **(Document No. 17)** is **granted in part and denied in part**.

   2.   Defendants Neubarth, Fortaleza and Sodhi's Motion to Dismiss **(Document No. 25)** is **granted in part and denied in part**.

   3.   Plaintiff's state law claims against all defendants are **dismissed without prejudice**.

4. Plaintiff's Eighth Amendment claims against defendants Brown and Neubarth are **dismissed with prejudice**.

5. No later than 20 days from the filing date of this Order, defendants Cassim, Fortaleza and Sodhi shall file an Answer to the Eighth Amendment claim in the First Amended Complaint.

6. The matter shall be referred to the undersigned Magistrate Judge for further proceedings.

7. The Clerk shall serve copies of this Order on all parties.

DATED: July 9, 2009.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE