**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY RUSCH MCCARTER,<br><br>          Plaintiff,<br><br>          v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, <u>et al.</u>,<br><br>          Defendants. | ) NO. CV 08-0257 VAP (FMO)<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.


DATED: _Julu 19, 2011.


_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE